## CARROLL v EMPLOYERS' LIABILITY ASSUR CORP

Ohio Appeals, 1st Dist, Butler Co

Decided Nov 9, 1933

Harry J. Koehler, Jr., Hamilton, for plaintiff in error.

Andrews, Rogers & Scott, Hamilton, for defendant in error.

For full opinion see 40 OLR 132; 190 NE 590; 47 Oh Ap 146.